UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| DOUGLAS SCHOTTENSTEIN, MD AND SCHOTTENSTEIN PAIN AND NEURO, PLLC D/B/A NY SPINE<br><br>                               **Plaintiffs,**<br><br>      v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, ROBERT M. CALIFF, M.D., ACTING COMMISSIONER OF THE UNITED STATES FOOD AND DRUG ADMINISTRATION IN HIS OFFICIAL CAPACITY ONLY,<br><br>                               **Nominal Defendants**<br><br>EDWARD L. CAPLA; YOLANDA CAPLA; ORTHOGEN INTERNATIONAL GMBH; PROF. DR. PETER WEHLING; NINA BREIDENBACH; PETER NIEDERAU; AND "JOHN DOE, JANE DOE & ABC CORP. 1-10",<br><br>                               **Defendants** | NOTICE OF DISMISSAL pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)<br><br>Docket No. 22-cv-10883 (PKC)<br><br>GRANTED. SO ORDERED.<br>DATED: 11/03/2023<br><br>_____<br>P. Kevin Castel<br>United States District Judge |

------------------------------------------------------------x

PLEASE TAKE NOTICE that Plaintiffs' claims against **only** the Nominal Defendants in this action, the United States Food and Drug Administration, and, Robert M. Califf, M.D., Acting Commissioner of the United States Food and Drug Administration in his official capacity only, are hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). All other claims against all of the remaining defendants shall continue and are not otherwise affected by this Notice.

DATED AT    Huntington Station, NY
November 2, 2023

/s/ Richard Bruce Rosenthal
_____
Richard Bruce Rosenthal, Esq.

Richard Bruce Rosenthal, Esq.
545 E. Jericho Turnpike
Huntington Station, NY 11746
Phone:(631) 629 - 8111

Jeffrey A. Donner, Esq.
708 Highway 35
South Neptune NJ 07753

Cory H. Morris, Esq. (CM 5225)
The Law Offices of Cory H. Morris
863 Islip Avenue
Central Islip NY 11722

*Attorneys for Douglas Schottenstein* a*nd Schottenstein Pain And Neuro, Pllc D/B/A NY Spine*