# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK,
COUNTY OF QUEENS
---------------------------------------------------------------x
ELISSA HARRISON,

      Plaintiff,

-against-

DOUGLAS SCHOTTENSTEIN, MD,

      Defendant.
---------------------------------------------------------------x

FILED & RECORDED
JAN 0 7 2020
COUNTY CLERK
QUEENS COUNTY

**JUDGMENT**

Index no. 708951/2017

  This court having entered a default against defendants for failing to serve and file an Answer to the plaintiff's Complaint, and this court having scheduled this matter for an inquest as to damages,

  And this matter having appeared before Hon. Peter J. O'Donoghue for inquest as to damages on November 15, 2019,

  And the court having considered the evidence and examined exhibits, and good cause having been shown,

  And the court having rendered an award in favor of plaintiff in the sum of two million one hundred thousand dollars ($2,100,000.00),

  Now, on motion of counsel for plaintiff, it is:

  **Adjudged,** that plaintiff Elissa Harrison, residing at 120-05 Lakeview Boulevard, Jamaica, NY 11434, have judgment in the sum of two million one hundred thousand dollars ($2,100,000.00) against defendants Douglas Schottenstein, MD., having a place of business at 18 East 48th Street, #901, New York, NY 10017, with interest from November 15, 2019, in the sum of $ 27,443.84          , together with costs and disbursements in the sum of $ 1,180.00          , as taxed, making a total of

DOCKET

$ 2,128,623 80, and that plaintiff have execution therefor.

ENTER:

FILED & RECORDED

JAN 0 7 2020

COUNTY CLERK
QUEENS COUNTY

*Audrey S. Pheffer*
Clerk

ENTERED
11:54 AM/PM
JAN 0 7 2020
COUNTY CLERK
COUNTY OF QUEENS

ELISSA HARRISON,

                                     Plaintiff,

-against-

DOUGLAS SCHOTTENSTEIN, MD,

                                     Defendants

JUDGMENT AND BILL OF COSTS

---

**BECKER & D'AGOSTINO, P.C.**

Attorneys for Plaintiff

Office and Post Office Address, Telephone, Fax

880 THIRD AVENUE
NEW YORK, N.Y. 10022
Tel. (212) 752-3380
Fax. (212) 593-3807

---

To

Attorney(s) for

---

Service of a copy of the within                                 is hereby admitted.

Dated,

                                                  Attorney(s) for

---

Sir:— Please take notice

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on     20

☒ **NOTICE OF SETTLEMENT**

that an ~~order~~ Judgment     of which the within is a true copy will be presented for
settlement to the ~~HON.~~ Judgment Clerk     one of the judges
of the within named court, at 88-11 Sutphin Blvd, Jamaica, NY 11435
on January 6,     20 20 at     M.

Dated,

                                                  Yours, etc.

                                       BECKER & D'AGOSTINO, P.C.

To                                     Attorneys for

Attorney(s) for                        Office and Post Office Address

                                        880 THIRD AVENUE
                                        NEW YORK, N.Y. 10022

FILED: QUEENS COUNTY CLERK 01/07/2020 12:01 PM
NYSCEF DOC. NO. 40
NYSCEF DOC. NO. 38

Case 1:22-cv-10883-PKC   Document 103-1   Filed 12/22/23   Page 5 of 6

INDEX NO. 708951/2017
RECEIVED NYSCEF: 01/07/2020
RECEIVED NYSCEF: 12/19/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------------------------------x
ELISSA HARRISON,

                               Plaintiff,

      -against-

DOUGLAS SCHOTTENSTEIN, MD,

                            Defendant.
---------------------------------------------------------------x

**WITHIN COSTS TAXED** ~~on~~ **NOTICE**
AT $ 1,180.00

JAN 0 7 2020

*Audrey L. Pfeffer*
COUNTY CLERK QUEENS COUNTY

**PLAINTIFF'S**
**BILL OF COSTS**

Index no. 708951/2017

FILED & RECORDED
JAN 0 7 2020
COUNTY CLERK
QUEENS COUNTY

STATUTORY COSTS:

| | |
|---|---:|
| Costs before note of issue CPLR 8201(1) | 200.00 |
| Costs after note of issue CPLR 8201(2) | 200.00 |
| Trial, inquest or assessment of damages CPLR 8201(3) | 300.00 |
| Total Costs | 700.00 |

DISBURSEMENTS (CPLR 8301):

| | |
|---|---:|
| Index no. | 210.00 |
| NY County Sheriff fee | 100.00 |
| RJI | 95.00 |
| Motion fee | 45.00 |
| Note of Issue | 30.00 |
| Total Disbursements | 480.00 |

SUMMARY

| | |
|---|---:|
| Statutory costs | 700.00 |
| Disbursements | 480.00 |
| Total | 1,180.00 |

Dated: December 13, 2019

                                 Yours etc.
                                 Becker & D'Agostino
                                 Attorneys for Plaintiff(s)
                                 880 Third Avenue
                                 New York, N.Y. 10022
                                 (212) 752-3380

                         By: _____
                             Michael D'Agostino

FILED: QUEENS COUNTY CLERK 01/07/2020 12:01 PM
NYSCEF DOC. NO. 40
NYSCEF DOC. NO. 38

INDEX NO. 708951/2017
RECEIVED NYSCEF: 01/07/2020
RECEIVED NYSCEF: 12/19/2019

Case 1:22-cv-10883-PKC   Document 103-1   Filed 12/22/23   Page 6 of 6

## Affirmation Annexed to Bill of Costs

The undersigned, an attorney admitted to practice in the courts of the State of New York, affirms the following under penalty of perjury:

The undersigned is the attorney of the record for the plaintiff in this action; the foregoing disbursements have been or will necessarily be made or incurred in this action and are reasonable in amount.

Dated: New York, New York
December 13, 2019

Becker & D'Agostino, P.C.
Attorneys for plaintiff
880 Third Avenue
New York, New York 10022

By: _____
Michael D'Agostino

**FILED & RECORDED**

JAN 0 7 2020

COUNTY CLERK
QUEENS COUNTY