UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOUGLAS SCHOTTENSTEIN, MD
AND SCHOTTENSTEIN PAIN AND
NEURO, PLLC D/B/A NY SPINE

                Plaintiffs,

v.

EDWARD L. CAPLA; YOLANDA CAPLA;
ORTHOGEN INTERNATIONAL GMBH; PROF.
DR. PETER WEHLING; NINA BREIDENBACH;
PETER NIEDERAU;
AND "JOHN DOE, JANE DOE & ABC
CORP. 1-10",

                Defendants
------------------------------------------------------------x

NOTICE OF DISMISSAL
pursuant to Fed. R. Civ. P.
41(a)(1)(A)(i)

Docket No. 22-cv-10883 (PKC)

      **PLEASE TAKE NOTICE** that, based upon the German Courts having preliminarily ruled that jurisdiction is proper before them and that they have jurisdiction over the parties, the Plaintiffs' claims against **only** the Defendants Orthogen International Gmbh; Prof. Dr. Peter Wehling; Nina Breidenbach and Peter Niederau; in this action are hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED AT    Huntington Station, NY
                   June 13, 2024

/s/ Richard Bruce Rosenthal

SO ORDERED.
Dated: 6/14/2024

*P. Kevin Castel*
*United States District Judge*

RICHARD BRUCE ROSENTHAL, ESQ.

RICHARD BRUCE ROSENTHAL, ESQ.
545 E. JERICHO TURNPIKE
HUNTINGTON STATION, NY 11746
Phone:(631) 629 - 8111

*Attorneys for Douglas Schottenstein and Schottenstein Pain And Neuro, Pllc D/B/A NY Spine*