UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUGLAS SCHOTTENSTEIN, M.D., et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> EDWARD CAPLA, et al., <br><br> *Defendants.* | Case No. 1:22-cv-10883-PKC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned, Manny Zayrov, Esq., of the law firm GORDON & GORDON, P.C.., hereby enters his appearance in this action on behalf of Defendants Edward Capla and Yolanda Capla, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and email below.

Dated: Forest Hills, NY

March 28, 2025

Respectfully submitted,
**GORDON & GORDON, P.C.**

*/s/ Manny Zayrov*

**MANNY ZAYROV, ESQ.**
**10818 Queens Blvd. 4th fl.**
**Forest Hills NY 11375**
**(718) 544-7070**
**zayrovlaw@gmail.com**