# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792-0048 • E: Jason@levinepstein.com

July 24, 2025

**Fact discovery extended to October 15, 2025 and expert discovery extended to December 10, 2025. October 17 conference adjourned to November 5, 2025 at 12:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 7/25/2025**

*P. Kevin Castel
United States District Judge*

*Via Electronic Filing*
The Hon. P. Kevin Castel, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Schottenstein et al v. Capla et al*
       Case No.: 1:22-cv-10883-PKC

Dear Judge Castel:

  This law firm represents Defendants Edward L. Capla and Yolanda Capla (together, the "Defendants") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rule 1(C), this letter respectfully serves to request an extension of time to complete fact discovery from August 1, 2025 through October 15, 2025, which is just prior to the next scheduled status conference date of October 17, 2025 (ECF #136) and an extension of time to complete expert discovery from September 26, 2025 through December 10, 2025.

  A proposed revised case management plan and scheduling order is annexed hereto as Exhibit "A".

  If granted, the instant request may also necessitate an adjournment of the telephonic conference scheduled for October 17, 2025, to a date and time set by the Court after December 24, 2025.

  This is the first request of its kind, and is made on consent of counsel for Plaintiffs Dr. Douglas Schottenstein and Schottenstein Pain and Neuro, PLLC (d/b/a NY Spine Medicine) (together, the "Plaintiffs").

  Rule 1 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") requires the Court and the parties to construe, administer, and employ the Fed.R.Civ.P. "to secure the just, speedy, and inexpensive determination of every action and proceeding." Fed.R.Civ.P. 1. "What is just, speedy and inexpensive varies by case." *City of Almaty, Kazahkstan v. Ablyazov*, No. 15CV05345AJNKHP, 2018 WL 2148430, at *1 (S.D.N.Y. 2018) (internal citations and quotations omitted). "Trial courts have broad authority to oversee and fashion discovery as appropriate for each case." *Id*. (internal citations and quotations omitted).

  Where, as here, a scheduling order has been entered by the Court pursuant to Fed.R.Civ.P. 16(b), the court-ordered schedule "may be modified [] for good cause and with the judge's consent." *Baburam v. Fed. Express Corp.*, 318 F.R.D. 5, 7 (E.D.N.Y. 2016) (quoting Fed.R.Civ.P. 16(b)(4)); *see also* Local Civil Rule 16.2 ("In any case referred to a Magistrate Judge, the

Magistrate Judge may issue or modify scheduling orders pursuant to Fed.R.Civ.P. 16(b)). "Whether good cause exists turns on the diligence of the moving party." *Holmes v. Grubman*, 568 F.3d 329, 335 (2d Cir.2009) (internal quotation marks and citations omitted). Stated differently, the moving party must demonstrate that "the deadline cannot reasonably be met despite the diligence of the party seeking the extension." *Parker v. Columbia Pictures Indus.*, 204 F.3d 326, 340 (2d Cir.2000).

An extension of time to complete fact and expert discovery is warranted where, as here, Defendants have only recently retained the undersigned counsel. [*See* Dckt. Nos. 155-157]. In light of the undersigned recent retention, additional time is needed in order to: meet-and-confer with Plaintiffs, organize, review, and collate existing discovery requests, organize, review, and collate existing discovery responses, investigate the allegations of Plaintiffs' operative complaint, propound additional discovery requests; schedule depositions, prepare any contemplated dispositive motions.

A second, independent basis, also necessitates the instant request. Specifically, the undersigned law firm will be closed, due to travel commitments for prepaid vacations from August 20, 2025 through August 30, 2025. Moreover, the undersigned law firm will be observing the Jewish High Holidays of Rosh HaShana, Yom Kippur Sukkot, and Simchat Torah, on the following dates, respectively: September 22, 2025 through September 24, 2025, October 1, 2025 through October 2, 2025, October 6, 2025 through October 13, 2025, and October 13 through October 15, 2025. Thus, an additional extension of time is required. (Plaintiffs' Counsel (Mr. Altabet) has also informed us that he has a prepaid family vacation the last week of August and observes Rosh HaShana and Yom Kippur.)

In light of the foregoing, it is respectfully requested that the Court grant an extension of time to complete fact discovery and from August 1, 2025 to October 15, 2025, as well as an extension of time to complete expert discovery from September 26, 2025 to, through and including, December 10, 2025.

Thank you, in advance, for your time and attention to this matter.

                        Respectfully submitted,

                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

                        By:  */s/ Jason Mizrahi*
                            Jason Mizrahi, Esq.
                            420 Lexington Avenue, Suite 2458
                            New York, NY 10170
                            Tel. No.:  (212) 792-0048
                            Email: Jason@levinepstein.com
                            *Attorneys for Defendants*

Cc: All counsel-of-record, via ECF.

Encl.