# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792-0046 • E: Joshua@levinepstein.com

July 24, 2025

*<u>Via Electronic Filing</u>*
The Hon. P. Kevin Castel, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Schottenstein et al v. Capla et al*
       <u>Case No.: 1:22-cv-10883-PKC</u>

Dear Judge Castel:

  This law firm represents Defendants Edward L. Capla and Yolanda Capla (together, the "Defendants") in the above-referenced matter.

  Pursuant to Your Honor's Individual Motion Practice Rule 1(C), this letter respectfully serves to request an extension of time for all parties to respond to the July 25, 2025 pre-motion letter filed by Plaintiffs Dr. Douglas Schottenstein and Schottenstein Pain and Neuro, PLLC (d/b/a NY Spine Medicine) (together, the "Plaintiffs") [Dckt. No. 159] (the "Pre-Motion Letter"), from August 7, 2025 to, through and including August 14, 2025.

  This is the second request of its kind, and is made on consent of counsel for Plaintiffs, as well as non-party respondent Dr. Bradley Wasserman ("Wasserman").

  The basis of this request is that the parties still require additional time to meet-and-confer, and address the issues raised in the Pre-Motion Letter, to possibly avoid further Court intervention.

  In light of the foregoing, it is respectfully requested that the parties' time, and Wasserman's time, to respond to the Pre-Motion Letter be extended to, through and including August 14, 2025.

  Thank you, in advance, for your time and attention to this matter.

Application GRANTED. Time to respond extended to August 14, 2025.
SO ORDERED.
Dated: 8/7/25

*P. Kevin Castel*
United States District Judge

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Joshua D. Levin-Epstein*
   Joshua D. Levin-Epstein, Esq.
   420 Lexington Avenue, Suite 2458
   New York, NY 10170
   Tel. No.: (212) 792-0046
   Email: Joshua@levinepstein.com
   *Attorneys for Defendants*

Cc: All counsel-of-record, via ECF.