UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MD DOUGLAS
SCHOTTENSTEIN, et al.,

                Plaintiff,                22-cv-10883 (PKC)

   -against-

                                                        ORDER
EDWARD L. CAPLA, et al.,

                Defendant.
-----------------------------------------------------------x
CASTEL, District Judge:

       There will be a conference on October 9, 2025 at 3:30 pm in Courtroom 11D on the issue of enforcement of the subpoena to Bradley Wasserman.

       SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
          September 25, 2025