# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792-0046 • E: Joshua@levinepstein.com

July 24, 2025

*Via Electronic Filing*
The Hon. P. Kevin Castel, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> *Application Granted.*
> *SO ORDERED*
> */s/ [signature]*
> *USDJ*
> *10-9-25*

Re:   *Schottenstein et al v. Capla et al*
        Case No.: 1:22-cv-10883-PKC

Dear Honorable Judge Castel:

This law firm represents Defendants Edward L. Capla and Yolanda Capla (together, the "Defendants") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to complete discovery, from October 15, 2025 to, through and including, December 15, 2025.

This is the second request of its kind [*see* Dckt. No. 160], and is made on consent of counsel for Plaintiffs Dr. Douglas Schottenstein and Schottenstein Pain and Neuro, PLLC (d/b/a NY Spine Medicine) (together, the "Plaintiffs").

The basis for this request is that Defendant Edward L. Capla is presently suffering from severe and debilitating health conditions that have significantly impaired his ability to participate meaningfully in discovery. These conditions have limited his capacity to assist counsel in providing information, preparing discovery responses and preparing for, and participating in, a deposition. Defendants' counsel has made diligent efforts to move discovery forward despite these challenges, including communicating regularly with Plaintiffs' counsel to keep them apprised of Mr. Capla's condition. However, in light of the ongoing medical issues, additional time is necessary to allow Mr. Capla to recover sufficiently to participate in the discovery process and to ensure that all parties are afforded a fair opportunity to complete discovery in an orderly and comprehensive manner.

In light of the foregoing, it is respectfully requested that the Court grant an extension of time to complete discovery, from October 15, 2025 to, through and including, December 15, 2025.

Thank you, in advance, for your time and attention to this matter.

> *Conference adjourned from November 5 to January 8, 2026 at 2 PM in Courtroom 11D.*

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:  */s/ Joshua D. Levin-Epstein*
       Joshua D. Levin-Epstein, Esq.
       420 Lexington Avenue, Suite 2458
       New York, NY 10170
       Tel. No.: (212) 792-0046
       Email: Joshua@levinepstein.com
       *Attorneys for Defendants*

1

Cc: All counsel-of-record, via ECF.