**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SCHOTTENSTEIN *et al.*,

                Plaintiff,                    **ORDER**

      -against-                  **22-CV-10883 (PKC) (JW)**

CAPLA *et al.*,

                Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter motion and subsequent briefing regarding outstanding discovery disputes. See Dkt. Nos. 184, 188, 189. The parties are ordered to appear for **an in-person discovery conference on January 14, 2026, at 2:00 PM** to discuss these issues. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

     SO ORDERED.

DATED:    New York, New York
            January 2, 2026

                                   *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                                United States Magistrate Judge