UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SCHOTTENSTEIN *et al.*,

|  |  |  |
|---|---|---|
| | Plaintiffs, | **ORDER** |
| -against- | | **22-CV-10883 (PKC) (JW)** |

CAPLA *et al.*,

                                        Defendants.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared before the Court for a discovery conference on Plaintiffs' letter motion to compel at Dkt. No. 184. For reasons more fully stated on the record, the Court orders the following:

- **Set I**

  - **2d-RFPs 1-3**: Plaintiffs' request for drafts or amendments to the May 2020 agreement is **DENIED**. Plaintiffs' request for a copy of the May 2020 Agreement is **GRANTED**. Defendants are ordered to send the Court a preliminary copy of the Agreement by **January 15, 2026** and an executed version by **January 21, 2026** for *in camera* review. The Court will then review the agreement and determine whether any redactions are necessary before the Agreement is produced to Plaintiffs.

  - **2d-RFPs 4-6**: Plaintiffs' request for communications (i) between the Caplas, (ii) between the Caplas and Orthogen, and (iii) between the

Caplas and Wasserman concerning the negotiation and entry into force of the May 2020 Agreement is **DENIED**.

- o **2d-RFP 13**: Plaintiffs' request for royalty reports provided to Orthogen between 2020 and 2022 under the May 2020 Agreement that are in the Caplas' possession, custody, or control is **DENIED** because the request as currently formulated is overbroad.

- o **2d-RFP 18**: Plaintiffs' request for documents sufficient to show the Caplas' remuneration under the May 2020 Agreement from 2020 through 2022 is **DENIED**.

- **Set II**

  - o **2d-RFPs 8-10**: Plaintiffs' request for communications (i) between the Caplas, (ii) between the Caplas and Orthogen, and (iii) between the Caplas and Wasserman concerning the purported termination of the 2014 Agreement is **DENIED**.

  - o **2d-RFP 16**: Plaintiffs' request for copies of all of Plaintiffs' patient records in the possession, custody, or control of the Defendants is **DENIED** as moot since Defendants have represented before the Court that they have no documents responsive to this request in their possession, custody, or control. Defendants are reminded of their ongoing obligation to produce responsive documents if they subsequently discover responsive documents to this request.

2

- **Set III**
  - **2d-RFPs 15 and 20**: Plaintiffs' requests for (1) a complete set of the materials that the Defendants produced to Orthogen in response to subpoenas Orthogen served on them in a proceeding in Florida under 28 U.S.C. § 1782 ("1782 Production") styled In re Orthogen International GmbH, 9:23-MC-80743-DMM (S.D.Fla.); and (2) communications between the Defendants and Orthogen concerning this lawsuit are **DENIED.**
- The relevant time period for responsive communications on the subjects of patient lists, patient records, patient acquisition, financial records, or other records of Plaintiff or the New York Spine in Defendants' possession, custody, and control is **January 1, 2020 to July 1, 2021**. Responsive documents include communications between any of the following: Wasserman and his employees or agents, Edward L. Capla, Yolanda Capla, and Orthogen's employees and agents.
- The parties are ordered to file a joint letter, no more than three pages, by **January 23, 2026** (1) proposing a date for a joint letter status update on the creation of search terms for ESI review; (2) proposing an amended case management plan, if necessary; and (3) raising any ripe discovery disputes, if any.

- The parties are directed to order a transcript of the hearing and send a courtesy copy to the Court at WillisNYSDChambers@nysd.uscourts.gov.

  SO ORDERED.

DATED:    New York, New York
          January 15, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge

4