**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SCHOTTENSTEIN *et al.*,

                      Plaintiffs,                      **ORDER**

          -against-                      **22-CV-10883 (PKC) (JW)**

CAPLA *et al.*,

                      Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court received and reviewed Defendants' May 2020 Agreement *in camera* and finds that only sections of the contract establishing the parties' license relationship, articulating the roles and responsibilities of the parties, and outlining the payment structure are relevant. Defendant is therefore directed to submit proposed redactions in line with the Court's order for additional *in camera* review by **January 21, 2026**. Defendants should provide both a redacted version and a version with the proposed redacted language highlighted.

        SO ORDERED.

DATED:    New York, New York
             January 16, 2026

                                      _____
                                      JENNIFER E. WILLIS
                                      United States Magistrate Judge