# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10170
T: 212.792.0046 • E: Joshua@levinepstein.com

January 23, 2026

**_Via Electronic Filing_**
The Hon. Magistrate Judge Jenniefer E. Willis
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> This request is GRANTED.  SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> January 26, 2026

    Re: *Schottenstein et al v. Capla et al*
       Case No.: 1:22-cv-10883-PKC

Dear Honorable Judge Willis:

  This law firm represents Defendants Edward L. Capla and Yolanda Capla (together, the "Defendants") in the above-referenced matter. This letter is filed with the consent for counsel to the Plaintiffs Dr. Douglas Schottenstein and Schottenstein Pain and Neuro, PLLC (d/b/a NY Spine Medicine) (together, the "Plaintiffs").

  Pursuant to Your Honor's Order at the proceeding held on January 14, 2026, this letter respectfully serves to request an extension of time to complete discovery, through and including, **June 1, 2026**, which includes contemplated expert discovery.

  The Plaintiffs and the Defendants respectfully request that the Court so-order the following proposed schedule:

1) All document discovery (including the production of documents, ESI, written responses and objections to requests for production, and any supplemental productions) shall be completed no later than **March 31, 2026**
2) All fact discovery to be concluded by **April 30, 2026**
3) All expert discovery to be concluded by **June 1, 2026**

  In addition, Defendants shall use their best efforts to commence a rolling production of responsive documents no later than **February 20, 2026**, and to continue producing documents on a rolling basis thereafter through the close of document discovery.

  The parties anticipate that discovery will include approximately five to six depositions.

  In light of the foregoing, it is respectfully requested that the Court grant an extension of time to complete discovery, through and including, **June 1, 2026.**

  Thank you, in advance, for your time and attention to this matter.

               Respectfully submitted,

               LEVIN-EPSTEIN & ASSOCIATES, P.C.

             By: */s/ Joshua D. Levin-Epstein*
               Joshua D. Levin-Epstein, Esq.
               420 Lexington Avenue, Suite 2458

                                                                          New York, NY 10170  
                                                                          Tel. No.: (212) 792-0046  
                                                                          Email: Joshua@levinepstein.com  
                                                                          *Attorneys for Defendants*

Cc: All counsel-of-record, via ECF