UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SCHOTTENSTEIN *et al.*,

        Plaintiffs,       **ORDER**

    -against-          **22-CV-10883 (PKC) (JW)**

CAPLA *et al.*,

        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court reviewed Defendants' proposed redactions to the May 2020 Agreement *in camera.* The Court finds that the redactions adhered to the Court's order at Dkt. No. 193. Defendants are therefore directed to produce a redacted copy of the May 2020 Agreement to Plaintiffs by **12:00 PM on February 2, 2026**.

   SO ORDERED.

DATED:  New York, New York
      January 30, 2026

              _____
              JENNIFER E. WILLIS
              United States Magistrate Judge