**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SCHOTTENSTEIN *et al.*,

Plaintiff,

-against-

CAPLA *et al.*,

Defendant.
---------------------------------------------------------------X

**ORDER**

**22-CV-10883 (PKC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Discovery in this case ended on September 29, 2026. The parties are directed to file a joint letter by **October 13, 2026** advising the Court on whether either party intends to move for summary judgment or whether they are ready for trial. If either side seeks to move for summary judgment, they are to provide a proposed briefing schedule for the Court's approval.

SO ORDERED.

DATED: New York, New York
October 5, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge